

**FRANK M. MALATESTA, ESQ.**
A: 871 Venetia Bay Blvd., Ste # 235, Venice, FL 34285
P: (941) 256 - 3812 | F: (888) 501 - 3865
E: Frank@Malatestalawoffice.com
Florida Bar # 0097080

**MIAMI OFFICE (Appointment Only)**
A: 14 NE First Ave 10th Floor
Miami, FL 33132
P: (786) 300-3899

December 2, 2020

<u>**Via US Mail**</u>

To:  USA Security Services Inc. &
Fiscella, Joseph A.
17806 Modena Rd.
Miromar Lakes, FL 33913

RE:  Louis Garrido - Notice of Intent to Initiate Litigation; USA Security Services Inc. & Joseph A. Fiscella (Case No: Not Yet Filed)

Dear Sir/Madam:

 Please be advised that my law firm has been retained by Louis Garrido to represent him with respect to matters arising out of his former employment with USA Security Services, Inc.

 Mr. Garrido (hereinafter the "Claimant"), by and through his undersigned counsel, hereby provides notice of his intent to initiate litigation for unpaid wages and breach of contract against USA SECURITY SERVICES INC. & JOSEPH A. FISCELLA, individually, subsidiary corporations, management corporations, managing employees, and/or any other entities or persons with a legal relationship (hereinafter collectively referred to as the "Company"), his former employer, for, among other things, its violations of Chapter 448, Florida Statutes, §836.05, Florida Statutes, and the Fair Labor Standards Act, 29 U.S.C. § 206/207 (FLSA). First, the Company wrongfully failed to pay the Claimant his final two-weeks of compensation. This total outstanding amounts to $3,200.00 in compensation. Pursuant to Chapter 448 & the FLSA, the Claimant may be entitled to $3,200 in unpaid wages and an additional amount in liquidated damages. The Company has fifteen calendar days to make an immediate prompt payment of $6,400.

 Lastly, the Company has made several threats accusing the Claimant of violations of law and threatening to report the Claimant to third parties. This conduct by the Company is a violation of §836.05, Florida Statutes which prohibits extortion. The Claimant hereby requests that such conduct cease. Should the Company continue with this malicious conduct, then the Claimant shall proceed initial a civil action to secure an injunction and all other available remedies.

Finally, please note that the Claimant has requested that any questions, inquiries, and other communications about these matters be referred directly to my firm. As such, please do not discuss this issue with, or make any attempt to, contact the Claimant.

Respectfully,


/s/ Frank M. Malatesta, Esq
Frank M. Malatesta, Esq.
Fla Bar No.: 0097080

FMM: mb

cc (VIA E-Mail):   Client